UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINNIELL PHIPPS, <br><br> Plaintiff, <br><br> v. <br><br> VALERIE M. WEBER, <br><br> Defendant. | Case No. C25-0173-LK-SKV <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Defendant's unopposed Motion to Extend All Pre-Trial Deadlines for Six Months, Dkt. 16, is GRANTED. All discovery in this case shall be completed by **January 27, 2026**, and any dispositive motions shall be filed and served on or before **February 26, 2026**. All other provisions of the original Pretrial Scheduling Order, Dkt. 15, remain in effect.

Dated this 25th day of July, 2025.

                                                  Ravi Subramanian
                                                Clerk of Court

                                                By: s/ Stefanie Prather
                                                    Deputy Clerk

MINUTE ORDER - 1