Honorable S. Kate Vaughan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LINNIELL PHIPPS, | NO.  C25-0173-LK-SKV |
| Plaintiff, | ~~PROPOSED~~ ORDER GRANTING DEFENDANT'S SECOND MOTION TO EXTEND ALL PRE-TRIAL DEADLINES FOR SIX MONTHS |
| v. | |
| VALERIE M. WEBER, | |
| Defendant. | |

THIS MATTER having come on regularly for hearing on Defendant's Second Motion to Extend All Pre-Trial Deadlines for Six Months.  Defendant appeared by and through her attorneys, Nicholas W. Brown, Attorney General, and Johnna S. Craig, Assistant Attorney General.  Plaintiff, Linniell Phipps, appeared on his own behalf. The Court, having reviewed the pleadings, declarations and exhibits submitted, if any, it is now hereby:

**ORDERED, ADJUDGED, AND DECREED** that:

1. Defendant's Second Motion to Extend All Pre-Trial Deadlines for Six Months, Dkt. 19, is **GRANTED**.

Dated this 26th day of January, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

PROPOSED ORDER GRANTING
DEFENDANTS SECOND MOTIOM TO
EXTEND ALL PRE-TRIAL DEADLINES
FOR SIX MONTHS
NO. C25-0173-LK-SKV

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

Presented by:
NICHOLAS W. BROWN
Attorney General

Approved as to form:

*s/ Johnna S. Craig*
JOHNNA  S. CRAIG, WSBA No. 35559
OID # 91023
Assistant Attorney General
Attorney for Defendant Valerie M. Weber
P.O. Box 40126
Olympia, WA 98504-0126
Phone: 360-586-6300
Fax: 360-586-6655
Johnna.Craig@atg.wa.gov

Linniell Phipps #718276
Plaintiff *Pro Se*
Monroe Correctional Complex
Sky River Treatment Center
P.O. Box 514
Monroe, WA 98272

PROPOSED ORDER GRANTING
DEFENDANTS SECOND MOTIOM TO
EXTEND ALL PRE-TRIAL DEADLINES
FOR SIX MONTHS
NO. C25-0173-LK-SKV

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

**CERTIFICATE OF SERVICE**

I declare that I caused a copy of this document to be served on all parties on the date below as follows:

☒       Unites States Postal Service

Linniell Phipps #718276
Monroe Correctional Complex
Sky River Treatment Center
P.O. Box 514
Monroe, WA 98272

I declare under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 13th day of January 2026, at Olympia, Washington.


*s/ Johnna S. Craig*
JOHNNA S. CRAIG, WSBA No. 35559
Assistant Attorney General

PROPOSED ORDER GRANTING
DEFENDANTS SECOND MOTIOM TO
EXTEND ALL PRE-TRIAL DEADLINES
FOR SIX MONTHS
NO. C25-0173-LK-SKV

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300