UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINNIELL PHIPPS,

                    Plaintiff,                          Case No. C25-0173-LK-SKV

     v.                                                 MINUTE ORDER

VALERIE M. WEBER,

                    Defendant.

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Consistent with the Court's Order granting Defendant's Second Motion to Extend All Pre-Trial Deadlines for Six Months, Dkt. 21, all discovery in this case shall be completed by **July 28, 2026**, and any dispositive motions shall be filed and served on or before **September 1, 2026**. All other provisions of the original Pretrial Scheduling Order, Dkt. 15, remain in effect.

Dated this 28th day of January, 2026.

Joshua C. Lewis
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 1